# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00005-CV

### In re Ramon Cavazos Jr.

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Ramon Cavazos Jr., an inmate, has filed a pro se motion in this Court entitled "Nunc Pro Tunc Request for Order to Correct Records." Looking to the substance of Cavazos's motion, rather than its title or form, we construe his motion as a petition for writ of mandamus. *See Surgitek, Bristol-Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999) (concluding courts look at substance of pleading rather than its caption or form to determine its nature). Cavazos asks the Court to issue an order to the Texas Department of Corrections, Institutional Division, and the Texas Board of Pardons and Paroles, compelling these entities to correct the judgment in his underlying conviction so that he may receive review of his eligibility for parole.

We do not have jurisdiction to grant the relief that Cavazos seeks. The Court does not have mandamus jurisdiction over the Texas Department of Criminal Justice, the Texas Board of Pardons and Paroles, or the personnel of these entities. By statute, this Court has the authority to issue a writ of mandamus only against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. The Texas Department of Corrections and the Texas Board of Pardons and Paroles are

not entities against which this Court has the power to issue a writ of mandamus. In addition, Cavazos has not demonstrated that the exercise of our writ power is necessary to enforce this Court's jurisdiction.

Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   January 23, 2015

2